UNITED STATES DISTRICT COURT DISTRICT OF
NEW JERSEY

UNITED STATES OF AMERICA    :    MAGISTRATE NO.: 21-1089

V.                                                :
    Mark Redavid                        :    CRIMINAL ACTION
                                            :
                                            :    ORDER OF RELEASE
                                            :

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

✓ Reporting, as directed, to U.S. Pretrial Services;

✓ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:

✓ The defendant shall appear at all future court proceedings;

☐ Other:

S/Mark Redavid                                    03/30/2021
_____              _____
DEFENDANT                                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*Anthony R. Mautone* (signature)
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE 03/31/2021